# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **DONALD M. MADISON,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 7:09-CV-134 (HL) |
| **VALERIE HOLLIS and JEFF THOMPSON,** | : |
| Defendants. | : |

## ORDER

The Recommendation of United States Magistrate Judge G. Mallon Faircloth, entered December 11, 2009 (Doc. 6), in the above-captioned case is before the Court. Plaintiff has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). Magistrate Judge Faircloth recommends that Jeff Thompson be dismissed as a defendant in this action, as Plaintiff failed to allege how Thompson was involved in the alleged constitutional violation.

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation. Jeff Thompson is dismissed as a defendant in this action. The case shall move forward against Valerie Hollis.

**SO ORDERED**, this the 11th day of January, 2010.

                                         *s/ Hugh Lawson*
                                         **HUGH LAWSON, SENIOR JUDGE**

mbh